# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>    Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 19-2562 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's January 21, 2020 minute order, Plaintiff American Oversight and Defendant U.S. Department of Justice hereby submit the following status report:

1. Plaintiff American Oversight brings this action against Defendant U.S. Department of Justice (DOJ) under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. Plaintiff filed five separate FOIA requests in December 2018 and February 2019, seeking, broadly speaking, records stemming from U.S. Attorney for the District of Utah John Huber's being tasked in November 2017 to evaluate certain matters raised in letters from members of Congress. Plaintiff filed its complaint in this case on August 26, 2019. Defendant filed its answer on September 27, 2019. The parties filed an initial status report on October 21, 2019, and further status reports on December 3, 2019, January 17, 2020, and March 12, 2020.

2. DOJ's search for records responsive to the "Main Justice-Meadows Communications FOIA" are ongoing.

3. DOJ has already completed its search for records responsive to the "Huber-Meadows Communications FOIA" and provided a search summary to Plaintiff.

4. In December 2019, DOJ completed its search for records responsive to the "Huber-Congressional Communications FOIA," and made a release of records to Plaintiff on January 2, 2020. EOUSA is preparing a search description for Plaintiff's review.

5. The results of the "Main Justice – Huber Communications FOIA" and the "Main Justice-Huber Meetings FOIA" searches were returned to OIP in February 2020. In light of the volume of records, DOJ undertook an initial review and deduplication of the records. On April 23, 2020, DOJ made its initial production of 105 pages of records responsive to the "Meetings" request.

6. OIP has identified approximately 250 pages of records potentially responsive to the "Main Justice- Huber Communications FOIA," and there remain 4 pages of records potentially responsive to the "Main Justice-Huber Meetings FOIA." OIP has completed its initial processing for all of these records and has sent them out for consultation with offices that have equities in them. At this time, OIP anticipates it will be able to provide another response by June 1st. The current pandemic has impacted government offices differently and so OIP proposes that the setting of additional interim productions, if needed, be postponed until the next Joint Status Report.

7. The parties will provide a further status report to the Court on June 5, 2020, to apprise the Court on Defendant's progress in processing Plaintiff's requests for records.

Dated: May 4, 2020

*/s/ Daniel A. McGrath*
D.C. Bar No. 1531723

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-4213

Respectfully submitted,

ETHAN P. DAVIS
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Michael J. Gerardi*

2

daniel.mcgrath@americanoversight.org

*Counsel for Plaintiff*

Michael J. Gerardi (D.C. Bar No. 1017949)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW, Rm. #12212
Washington, D.C. 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: michael.j.gerardi@usdoj.gov

*Attorneys for Defendant*